IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

REGINALD CARNICK II and FRANK P.      Case No.: _____

MIELE,

    Plaintiffs,

v.

CERTAIN UNDERWRITERS AT LLOYD'S

OF LONDON, d/b/a Sea Wave Yacht

Insurance,

    Defendants.

_____/

## NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1441

    COMES NOW, Defendants CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON d/b/a Sea Wave Yacht Insurance, by and through undersigned counsel, and hereby files this Notice of Removal Pursuant to 28 U.S.C. §1441 and would show as follows:

1. On or about November 2, 2012, Defendants were served with a copy of a Complaint filed by Plaintiffs in the Circuit Court for the Seventeenth Judicial Circuit of Florida, in and for Broward County.  (A copy of the Complaint is attached hereto as Exhibit A)

2. On or about November 19, 2012, Defendants filed and served its Answer and Affirmative Defenses to Plaintiffs' Complaint.  (A copy of the Answer and Affirmative Defenses are attached hereto as Exhibit B)

3. Plaintiff's Complaint seeks a declaratory judgment related to a policy of marine insurance and a judgment against Defendants for breach of contract relating to the same policy of marine insurance.

4. Plaintiffs are residents of Broward County, Florida (see Exhibit A, Paragraph 2).

5. Defendants are not residents or citizens of the State of Florida and Plaintiffs have made no such allegation.

6. The amount in controversy raised by Plaintiffs' Compliant is in excess of $75,000 (see Exhibit A, Paragraph 11).  To wit, Plaintiffs allege damages in excess of $120,000.

7. As the Defendants are not citizens of the State of Florida and the amount in controversy exceeds $75,000, this Court has jurisdiction pursuant to 28 U.S.C. §1332.

8. Furthermore, as this matter relates to a policy of marine insurance, this Court has original jurisdiction of the matter pursuant to 28 U.S.C. §1333.

Respectfully Submitted,

By:   /s/ Seth E. Harris

Seth E. Harris, Esq. (076217)

seh@fertig.com

FERTIG & GRAMLING

200 Southeast 13th Street

Fort Lauderdale, FL 33316

PH:      (954) 763-5020

FX:      (954) 763-5412

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2012 I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record or pro

se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**SERVICE LIST**

Seth E. Harris, Esq.

seh@fertig.com

FERTIG AND GRAMLING

200 Southeast 13th Street

Fort Lauderdale, FL 33316

PH:      (954) 763-5020

FX:      (954) 763-5412

Attorneys for Defendants


James W. Beagle, Esq.

3550 N.W. 9th Ave., Suite A

Fort Lauderdale, FL 33309

PH:      (954) 563-8588

FX:      (954) 563-8533

Attorneys for Plaintiffs