# E$^x$ponent

*Failure Analysis Associates*

David P. Wills, P.E.
Managing Engineer

dwills@exponent.com

Exponent
4101 SW 71st Avenue
Miami, Florida 33155

telephone   305 661 1000
facsimile     305 669 0305
www.exponent.com

January 31, 2012

Mr. Chris Fertig, Esq.
Mr. Seth Harris, Esq.
Fertig & Gramling
200 S.E. 13th Street
Fort Lauderdale, Florida, USA 33316

By Email Attachment To: Chris Fertig (chris.fertig@fertig.com)
Seth E. Harris (seh@fertig.com)

Subject:   "Blue Side Up" Sinking-Hose Investigation
Date of Loss:   6/19/11
Exponent Project No. 1108486.000

Dear Messrs. Fertig and Harris:

Thank you again for retaining Exponent, Failure Analysis Associates, Inc. (Exponent) to assist you on the above-referenced investigation of a small craft sinking at its dock in Fort Lauderdale, Florida on June 19th, 2011.

Exponent was provided the following documents and photographs:

| | |
|---|---|
| June 5, 2006 | Morris Marine, Inc |
| July 20, 2009 | Performance Marine Surveyors, Inc. |
| June 33, 2011 | Final Report of Harbor and Ocean Services, Inc. |
| August 30, 2011 | Report of Charles M. Stephens, Inc. |

The first two of these are routine condition surveys. The remaining two reports are post sinking surveys.

Mr. Chris Fertig, Esq.
Mr. Seth Harris, Esq.
January 31, 2012
Page 2

The vessel is reportedly a 1997 Luhrs 32 Open with twin Caterpillar diesel engines. The vessel was equipped with air conditioning but did not have an onboard generator. The post incident reports indicate the vessel sank at the dock as a result of a leak in a raw water hose that was part of the air conditioning system. More specifically, the hose was located between the underwater thru-hull intake fitting and the raw water pump. This equipment was physically located near centerline, in the lowest part of the hull just forward of the forward engine-room bulkhead, under the steps leading from the cockpit level to the cabin level.

Exponent recommends the reader of this report review the post sinking reports and photographs provided by the vessel surveyors.

Exponent has not inspected the vessel. The failed raw water hose that was implicated by the vessel surveyors was provided to Exponent. An inspection of the provided hose was conducted at Exponent's office/lab in Miami.

**Visual Inspection and Description:**

The provided hose is (approximately) ¾ inch diameter by about 17 ½ inches long (total length as installed in vessel). On the hose written in a green band is "F.F.I. Series 100 Premium Water Hose   Made in Italy". A Google search for this hose using the language written on the hose was unsuccessful. The hose is reinforced with opposing diagonal-wrapped fiber bundles and a single spiral carbon steel wire.

The hose was provided to Exponent in 3 pieces as follows:

**Piece A:** 1 foot length of hose with a grey plastic hose bib. Witness marks indicate one hose clamp had been affixed to this end.

**Piece B:** 1 ½ inch long central piece. Exponent believes this sectioning was conducted by the vessel surveyors or others to facilitate removal of the hose from the vessel.

**Piece C:** 4 inch piece attached to a copper alloy hose bib (¾ inch NPTM by ¾ inch hose with "75" cast into one wrench flat). This piece of hose has a fracture in the hose at the end of the hose bib. Total separation did not occur. Witness marks indicate two hose clamps had been affixed to this end. The diagonal fiber reinforcement has separated in this region of the leak.

**Hose Clamps:** Three identical Ideal UPC, size 10 (1 1/8 inch) 300SS hose clamps are present. All are functional.

The hose displays many external surface cracks in the fracture region. These are much more significant in both magnitude and frequency than surface cracks remote from the fracture. Immediately adjacent to the fracture site, the hose was compressed by the hose clamp. The end of the hose bib and the edge of the hose clamp were at the same location along the length of the hose (axially). The hose wall at this location was compressed significantly by the hose clamp.

Mr. Chris Fertig, Esq.
Mr. Seth Harris, Esq.
January 31, 2012
Page 3

This geometry (end of hose bib and edge of hose clamp aligned), in conjunction with vibration associated with vessel operation or air conditioner operation, may have contributed to the failure.

**Hardness Testing:**

The hardness of the outside cover surface of the hose was tested using a durometer. Due to the size, thickness and texture of the hose cover the tests were conducted outside the durometer manufacturer's recommendations. Hardness tests performed in this less-than-ideal condition provided readings of approximately 80 Shore A in all areas of the hose cover. Exponent does not know if this hardness is consistent with the original manufactured condition of the hose cover.

**Microscopy:**

The microscopic inspection of the hose revealed many small parallel circumferential cracks in the black rubber outside surface of the hose. These cracks were present throughout the length of the hose, but were more severe in the vicinity of the leak. The surface of the hose fracture was stepped where it intersected the outside of the hose. This indicates the fracture initiated on the outside of the hose as a result of several of these small cracks growing and joining together to form an advancing crack front.

**Fourier Transform Infrared Spectroscopy:**

During the inspection of the hose it was noted that the strands of fiber reinforcement at the fracture had parted. A tiny sample of this fiber was removed from a mid-hose location cut by other investigators and submitted for Fourier transform infrared spectroscopy (FTIR). The FTIR provided an excellent match with pure rayon, allowing Exponent to conclude the hose reinforcement fibers were made of rayon.

**Conclusions:**

The inspections and testing conducted by Exponent revealed a stepped, jagged profile where the fracture surface and the hose exterior intersect. This pattern is present as a result of numerous small parallel surface cracks in the hose cover joining together over some period of time to form a lengthy fracture front. This exterior fracture propagated circumferentially and inward to the reinforcement layer and eventually into the inner tube. The rayon reinforcement fibers also separated in the area of the leak. The reinforcement wire remained intact.

The alignment of the edge of the hose clamp (on the outside of the hose cover) and the end of the hose bib (on the inside of the hose tube) at the fracture location likely contributed to fracture initiation at this site due to higher strain magnitude at this location. This strain concentration

1108486.000/A000/0112/DW01

Mr. Chris Fertig, Esq.
Mr. Seth Harris, Esq.
January 31, 2012
Page 4

likely would have been less severe if the edge of the hose clamp and the end of the hose bib were staggered so the hose bib protruded beyond the hose clamp.

Exponent did not determine the age of the hose. The surface cracks depicted in attached photographs suggest the hose has been in service for a significant time and has reached the end of its service life.

If you have any questions, or if Exponent can be of additional assistance in this investigation or some other technical or materials problem, please do not hesitate to contact us.

Very truly yours,

David P. Wills, P.E.
Managing Engineer

Enclosures: 5 photos with captions

The scope of services performed during this investigation may not adequately address the needs of other users of this report, and any re-use of this report or its findings, conclusions, or recommendations presented herein are at the sole risk of the user. The opinions and comments formulated during this assessment are based on observations and information available at the time of the investigation. No guarantee or warranty as to future life or performance of any reviewed condition is expressed or implied.

The findings presented herein are made to a reasonable degree of engineering certainty. We have made every effort to accurately and completely investigate all areas of concern identified during our investigation. If new data becomes available or there are perceived omissions or misstatements in this report regarding any aspect of those conditions, we ask that they be brought to our attention as soon as possible so that we have the opportunity to fully address them.

Mr. Chris Fertig, Esq.
Mr. Seth Harris, Esq.
January 31, 2012
Page 5



Photo 1 (DPW, 12-06-2011, DSC01481): The hose, fittings and hose clamps as provided to Exponent by Mr. Charles Stephens. The hose had been cut to facilitate removal from the vessel. The leak location (fracture) is indicated by the arrow.

Mr. Chris Fertig, Esq.
Mr. Seth Harris, Esq.
January 31, 2012
Page 6





Photos 2 & 3 (DPW, DSC01521 and 27): The hose fracture went more than half way around the hose. Reinforcement fibers were also separated at the fracture.

1108486.000/A000/0112/DW01

Mr. Chris Fertig, Esq.
Mr. Seth Harris, Esq.
January 31, 2012
Page 7



Photo 4 (DPW, DSC01526): This photograph and the prior photograph show the stepped or jagged profile where the fracture surface and the hose exterior intersect. This pattern is present as a result of numerous smaller parallel surface cracks joining together to form a lengthy fracture front. This exterior fracture propagated circumferentially and inward to the reinforcement layer and eventually into the inner tube.

Mr. Chris Fertig, Esq.
Mr. Seth Harris, Esq.
January 31, 2012
Page 8



Photo 5 (Micpic 2, DPW):  This light microscope image of the hose exterior cover material adjacent to the fracture origin shows the surface cracking pattern present in this area.  The hose has not been cleaned.  Rust-colored deposits are present on the surface.

Mr. Chris Fertig, Esq.
Mr. Seth Harris, Esq.
January 31, 2012
Page 9

**Blank Final Page**

1108486.000/A000/0112/DW01